<span style="color:red">**Case 13-25769    Filed 04/29/13    Doc 8**</span>

```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                    Case No. 13-25769-C
Jason Keith Deal                                          Chapter 7
Karen Lynn Deal
         Debtors
                               CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin                 Page 1 of 3         Date Rcvd: Apr 29, 2013
                              Form ID: b9a                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2013.
db/jdb       +Jason Keith Deal,    Karen Lynn Deal,    6619 Bella Palazzo Ct.,    Orangevale, CA 95662-4344
aty          +Julie B. Gustavson,    3013 Douglas Blvd. #200,    Roseville, CA 95661-3847
20481384     +Axis Residential Treatment,    75450 Fairway Dr,    Indian Wells CA 92210-8421
20481386     +Bank of America,    P O Box 982238,    El Paso TX 79998-2238
20481387     +Best Buy - HSBC,    P O Box 60504,    City of Industry CA 91716-0504
20481388     +Capital One,    P O Box 60504,    City of Industry CA 91716-0504
20481389     +Cedric Wong M D,    1580 Creekside Dr 100,    Folsom CA 95630-3887
20481390      Citibank,    P O Box 60004,    Sioux Falls SD 57117
20481393     +County of San Mateo,    P O Box 2999,    Redwood City CA 94064-2999
20481394     +Dignity Health Medical Foundation,    185 Berry Street Suite 300,    San Francisco CA 94107-1773
20481397     +Dr Steven G Sugden,    4250 Auburn Blvd,    Sacramento CA 95841-4100
20481398     +Duffys Myrtledale,    3076 Myrtledale Rd,    Calistoga CA 94515-1052
20481399     +Kay Turman,    14441 Meadow Ct,    Leawood KS 66224-3963
20481401     +Mercy Hospital,    P O Box 60000,    San Francisco CA 94160-0001
20481402     +New Dawn,    11230 Gold Express Dr,    Rancho Cordova CA 95670-4484
20481405      Schools Financial Credit Union,    P O Box 526001,    Sacramento CA 95852-6001
20481406     +Schools Financial Credit Union,    P O Box 60510,    City of Industry CA 91716-0510
20481407     +Schools Financial Credit Union,    1485 Response Rd,    Sacramento CA 95815-4847
20481410     +Weststar Mortgage,    P O Box 8068,    Virginia Beach VA 23450-8068
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QASFUKUSHIMA.COM Apr 30 2013 05:03:00      Alan S. Fukushima,    1102 Corporate Way #100,
               Sacramento, CA 95831-6123
smg           EDI: EDD.COM Apr 30 2013 05:03:00      Employment Development Department,
               Bankruptcy Group, MIC 92E,   PO Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Apr 30 2013 05:03:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA  95812-2952
20481385      EDI: BANKAMER.COM Apr 30 2013 05:03:00      Bank of America,    P O Box 15019,
               Wilmington DE 19850-5019
20481391     +EDI: CITICORP.COM Apr 30 2013 05:03:00      Citicards,   Citicard Processing Center,
               Des Moines IA 50363-0001
20481392     +EDI: CITICORP.COM Apr 30 2013 05:03:00      Citicards CBNA,    701 E 60th St N,
               Sioux Falls SD 57104-0432
20481396      EDI: DISCOVER.COM Apr 30 2013 05:03:00      Discover Card,    P O Box 15316,   Wilmington DE 19850
20481395     +EDI: DISCOVER.COM Apr 30 2013 05:03:00      Discover Card,    P O Box 29033,
               Phoenix AZ 85038-9033
20481400      EDI: CBSKOHLS.COM Apr 30 2013 05:03:00      Kohls,   P O Box 2983,    Milwaukee WI 53201-2983
20481404     +EDI: SALMAESERVICING.COM Apr 30 2013 05:03:00      Sallie Mae,    11100 USA Pkwy,
               Fishers IN 46037-9203
20481403     +EDI: SALMAESERVICING.COM Apr 30 2013 05:03:00      Sallie Mae,    P O Box 9533,
               Wilkes Barre PA 18773-9533
20481409      EDI: USBANKARS.COM Apr 30 2013 05:03:00      US Bank,    P O Box 108,   Saint Louis MO 63166
20481408      EDI: USBANKARS.COM Apr 30 2013 05:03:00      US Bank,    P O Box 790408,
               Saint Louis MO 63179-0408
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0972-2          User: admin              Page 2 of 3            Date Rcvd: Apr 29, 2013
                              Form ID: b9a             Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2013**                     Signature:            *Joseph Speetjens*

```
District/off: 0972-2           User: admin                 Page 3 of 3                Date Rcvd: Apr 29, 2013
                               Form ID: b9a                Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2013 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

FORM b9a Notice of Chapter 7 Individual or Joint Debtor No Asset Case  (v.12.12)     13–25769 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/26/13 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| | |
|---|---|
| **Case Number:** | 13–25769 – C – 7 |

**Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):**

| | |
|---|---|
| Jason Keith Deal<br>xxx–xx–9320<br><br>6619 Bella Palazzo Ct.<br>Orangevale, CA 95662 | Karen Lynn Deal<br>xxx–xx–2037<br><br>6619 Bella Palazzo Ct.<br>Orangevale, CA 95662 |

**ALL OTHER NAMES USED BY THE DEBTOR(S) IN THE LAST 8 YEARS (include married, maiden, and trade names):**

| | |
|---|---|
| Jason K Deal | Karen L Deal |

| | | | |
|---|---|---|---|
| **Debtor's Attorney:** | Julie B. Gustavson<br>3013 Douglas Blvd. #200<br>Roseville, CA 95661 | **Trustee:** | Alan S. Fukushima<br>1102 Corporate Way #100<br>Sacramento, CA 95831 |
| **Telephone Number:** | 916–367–0630 | **Telephone Number:** | 916–393–1289 |

### MEETING OF CREDITORS

**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7–B, 7th Floor, Sacramento, CA

**Date & Time:** 6/5/13   01:00 PM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** – See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:**
**8/5/13**
**Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.**

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Dated:<br>4/29/13 | For the Court,<br>Wayne Blackwelder , Clerk |

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**